UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN PENNEL and
ISHMAEL H. OBAMA,

        Plaintiffs,

vs.                                          Case No. 14-cv-10997
                                            HON. GEORGE CARAM STEEH

BENNY NAPOLEAN,
JAMES E. SPIVY, and JOHN
DOES,

        Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF SHAWN A. PENNEL (DOC. #16)

On June 11, 2014, Magistrate Judge Michael Hluchaniuk issued a report and recommendation that the court dismiss Shawn Pennel as a plaintiff in this matter. The magistrate judge specifically stated that any objections to his report must be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed.

The court has reviewed, and hereby adopts, the magistrate judge's report and recommendation. The court hereby DISMISSES without prejudice Shawn Pennel as a party plaintiff to this litigation.

        IT IS SO ORDERED.

Dated: July 9, 2014

                                            s/George Caram Steeh
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Shawn Pennel 550858, 300 Corrections Drive, New Port, AR 72112 and Ishmael Obama 145160, 300 Correction Drive, New Port, AR 72112 on
July 9, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk