UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ISHMAEL H. OBAMA,

             Plaintiff,

                                CASE NO. 14-CV-10997
     v.                       HONORABLE GEORGE CARAM STEEH

BENNY NAPOLEAN, JAMES E.
SPIVEY, and JOHN DOES,

             Defendants.

_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #33) DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (DOC. #25)


      Now before the court is *pro se* prisoner plaintiff Ishmael Obama's motion for

summary judgment (Doc. #25).  On October 16, 2014, Magistrate Judge Michael

Hluchaniuk issued a report and recommendation recommending that the court deny the

motion.  The magistrate judge specifically stated that any objections to his report were

to be filed within 14 days of service, and that failure to file such objections constituted a

waiver of any further right to appeal.  *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).  No

such objections were filed by either party.  The court has reviewed the record and

briefing in this matter, as well as the magistrate judge's report and recommendation.

Finding that report and recommendation to be well-reasoned, the court hereby adopts

-1-

the result recommended therein.  Accordingly, plaintiff's motion for summary judgment is hereby DENIED.

IT IS SO ORDERED.

Dated:  November 18, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 18, 2014, by electronic and/or ordinary mail and also on Ishmael Obama #145160, GRIMES UNIT, 300 Corrections Drive, New Port, AR 72112.

s/Barbara Radke
Deputy Clerk