UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISHMAEL H. OBAMA,

       Plaintiff,

                                 CASE NO. 14-CV-10997
v.                            HONORABLE GEORGE CARAM STEEH

BENNY NAPOLEAN, JAMES E.
SPIVEY, and JOHN DOES,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #42) GRANTING DEFENDANTS'
MOTION TO DISMISS (DOC. #31) AND DISMISSING ACTION

Now before the court is defendants' motion for summary judgment and/or for dismissal (Doc. #31). On May 5, 2015, Magistrate Judge Michael Hluchaniuk issued a report and recommendation recommending that the court grant the motion and dismiss this action. The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by plaintiff. The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court hereby adopts the result recommended therein. Accordingly, defendants' motion for summary judgment and/or

dismissal is GRANTED.  This case is DISMISSED.  Judgment in favor of defendants and against plaintiff shall enter accordingly.

    IT IS SO ORDERED.

Dated:  June 2, 2015

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 2, 2015, by electronic and/or ordinary mail and also on Ishmael Obama, #145160, Varner Supermax Unit, P.O. Box 600, Grady, AR 71644-0600.

s/Barbara Radke
Deputy Clerk

---